IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ARIEON GASQUE,

        Appellant,

 v.

                                          Case Nos. 5D22-2130
                                                        5D22-2138
                               LT Case Nos. 2022-DR-001604

DANNY KISWANI,
                                                         2022-DR-001663

        Appellee.
_____/

Decision filed August 1, 2023

Appeal from the Circuit Court
for Seminole County,
Michael J. Rudisill, Judge.

Arieon Gasque, Orlando, pro se.

Mark A. Skipper, of Law Office of
Mark A. Skipper, P.A., Orlando, for
Appellee.

PER CURIAM.

     AFFIRMED.

SOUD, KILBANE and PRATT, JJ., concur.